UNITED STATES of America,
Plaintiff–Appellee

v.

Wesley David BOWDEN, Defendant–Appellant.

No. 09–10125
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 30, 2010.

Susan Cowger, Sarah Ruth Saldana, Esq., Assistant U.S. Attorneys, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Wesley David Bowden, Dallas, TX, pro se.

Before JOLLY, GARZA and STEWART, Circuit Judges.

PER CURIAM: *

Wesley David Bowden appeals his conviction on six counts of attempted tax evasion and his six concurrent prison terms of 24 months each. The Government has moved to dismiss the appeal as frivolous or for summary affirmance or, alternatively, for an extension of time.

Bowden asserts that the only issue on appeal is whether the district court had jurisdiction to convict him. He contends that it did not because he is a sovereign and not subject to the laws of the United States.

Bowden's appeal is without arguable merit and is therefore frivolous. *See Howard v. King,* 707 F.2d 215, 220 (5th Cir. 1983); 5TH CIR. R. 42.2. Accordingly, the Government's motion to dismiss is GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.